IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 8 2010

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-10-238 |
| Victor Manuel Ortega-Garcia | § | |

United States District Court
Southern District of Texas
ENTERED

JUL 0 8 2010

David J. Bradley, Clerk of Court

### ORDER

BE IT REMEMBERED on this \_\_\_8\_\_\_ day of \_\_\_July\_\_\_, 20\_10\_ the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **March 12, 2010**, wherein the defendant **Victor Manuel Ortega-Garcia** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Victor Manuel Ortega-Garcia** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Victor Manuel Ortega-Garcia guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of an aggravated felony, in violation of 8 U.S.C. § 1326(a) and (b).**

SIGNED this the \_\_8\_\_ day of \_\_\_July\_\_\_, 20\_10\_.

Hilda G. Tagle
United States District Judge